UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IVAN RAMOS ESPINOZA,

    Petitioner,

 - against -

RAUL MALDONADO, Warden,
Metropolitan Detention Center,
Federal Bureau of Prisons,
Brooklyn, New York,
KENNETH GENALO, Acting Executive
Associate Director, U.S. Immigrations
and Customs Enforcement,
KHALILAH M. TAYLOR, Assistant Chief
Immigration Judge, Executive Office for
Immigration Review,
SIRCE E. OWEN, Acting Director,
Executive Office for Immigration Review,
KRISTI NOEM, Secretary,
U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General,
U.S. Department of Justice,

    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. 26-CV-01007

(Reyes, J.)

**STIPULATION AND**
**ORDER OF DISMISSAL**

  WHEREAS, Petitioner in the above-captioned action has filed a Petition for a writ of habeas releasing him from custody; and

  WHEREAS, neither Petitioner nor Respondents concedes any wrongdoing or defenses that party may have:

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, that:

  1. Petitioner agrees to dismiss this action without prejudice and without costs or fees; and

2. Consistent with *Velasco Lopez v. Decker*, 978 F.3d 842, 856-57 (2d Cir. 2020), U.S. Immigration and Customs Enforcement ("ICE") and the Executive Office for Immigration Review ("EOIR") agree to a burden-shifted bond hearing for Petitioner before an immigration judge, in which hearing ICE bears the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or a flight risk. In making such a determination and in setting any bond amount, the immigration judge must consider both alternatives to detention and Petitioner's ability to pay. The above-referenced burden-shifted bond hearing must be held within 14 days of this stipulation being so ordered by this Court.

3. The parties agree that the Court retains jurisdiction over this matter to ensure compliance with the stipulation as so-ordered and, should the Court determine that the stipulation as so-ordered has not been complied with, also retains jurisdiction to grant Petitioner the relief he has sought.

Dated: Brooklyn, New York
       March 6, 2026

*/s/ R. Delaney Rohan*
R. Delaney Rohan
The Legal Aid Society
Immigration Law Unit
49 Thomas Street, 5th Floor
New York, NY 10013
(646) 988-0313
rdrohan@legal-aid.org
*Counsel for Petitioner*

Dated: Brooklyn, New York
       March 6, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Counsel for Respondents*
271 Cadman Plaza, 7th Floor
Brooklyn, New York 11201

By: /s/ Rachel G. Balaban
Rachel G. Balaban
Assistant U.S. Attorney
(718) 254-6028
rachel.balaban@usdoj.gov

**So Ordered. Dated March 6, 2026**
**/s/Hon. Ramón E. Reyes, Jr.**
**U.S. District Judge, EDNY**