**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Ivan Ramos Espinoza,

Petitioner,

- against -

Raul Maldonado, Jr.; Kenneth Genalo; Khalila Taylor; Sirce Owen; Kristi Noem; Pamela Bondi,

Respondents.

-----------------------------------------------------------X

**ORDER**

No. 26-CV-01007 (RER)

**RAMÓN E. REYES, JR., District Judge:**

It is ORDERED that this case is reopened and assigned to me for all purposes.

**It is further ORDERED that absent further order of this Court Petitioner shall not be transferred except to a facility within this District**. *See Ozturk v. Trump*, No. 25-CV-374 (WKS), 2025 WL 1145250, at *22–23 (D. Vt. Apr. 18, 2025) (ordering petitioner's transfer from Louisiana to Vermont due, in part, to her pending habeas petition), *stay and mandamus denied*, *Ozturk v. Hyde*, 136 F.4th 382, 403 (2d Cir. 2025); *Westley v. Harper*, No. 25-CV-229 (BWA) (KWR), ECF No. 7 (E.D. La. Feb. 2, 2025) (restraining respondents "from (a) attempting to remove petitioner from the jurisdiction of the United States District Court for the Eastern District of Louisiana to any location outside [the] district, and (b) removing petitioner from the United States"); *Sillah v. Barr*, No. 19 Civ. 1747 (VEC), ECF No. 6 (S.D.N.Y. Feb. 25, 2019) (enjoining respondents from transferring defendant outside of the New York City area while defendant's habeas petition was pending); *Campbell v. U.S. Immigr. & Customs Enf't*, No. 20-CV-22999 (MGC), ECF No. 13 (S.D. Fl. July 26, 2020) (granting a stay of petitioner's transfer and prohibiting respondent "from transferring Petitioner to another detention facility during the

pendency of the stay”); 28 U.S.C. § 1651(a) (empowering courts to “issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law”).

**It is further ORDERED that Respondents respond in writing to Petitioner’s letter (ECF No. 13), on or before March 30, 2026, at 12:00 P.M., as to why Respondents should not be held in contempt for violating the Court’s March 6, 2026, Order. (ECF No. 12).**

**The Court will hold a hearing on April 1, 2026, at 10:00 A.M. in Courtroom 2E North, Theodore Roosevelt Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.**

Failure to comply with this Order may be grounds for a finding of contempt.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: March 27, 2026
Brooklyn, New York